

FILED

JAN 2 3 2023

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Christopher Alan Johnston #47724-074

_____          _____

_____          _____

_____          _____

*(Enter above the full name of the plaintiff*          *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**          **CIVIL ACTION NO.** 1:23-cv-00053
                    *(Number to be assigned by Court)*

FCI Mcdowell Dental Servic:

Doc. Veronica Brown, Asst. Megan Ray
Health Admin. Baily, Warden Rokawski
PA Chandra Carothers

*(Enter above the full name of the defendant*
*or defendants in this action)*

## COMPLAINT

I.      **Previous Lawsuits**

    A.      Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes _____          No ___✓___

1

B.     If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.     Parties to this previous lawsuit:

Plaintiffs:     _____

_____

_____

Defendants:     _____

_____

_____

2.     Court (if federal court, name the district; if state court, name the county);

_____

_____

3.     Docket Number: _____

4.     Name of judge to whom case was assigned:

_____

5.     Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

_____

_____

6.     Approximate date of filing lawsuit: _____

7.     Approximate date of disposition: _____

2

II.    **Place of Present Confinement:** FCI Mcdowell

A.    Is there a prisoner grievance procedure in this institution?

Yes ✓        No _____

Federal

B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ✓        No _____

C.    If you answer is YES:

1.    What steps did you take? Grievances 8, 9, 10 Exausted All Remedies / Federal Tort Claim Also

2.    What was the result? Remedics was Denial / Copys in Packett

_____

D.    If your answer is NO, explain why not: _____

_____

III.    **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.    Name of Plaintiff: Christopher Alan Johnston

Address: FCI Mcdowell, Pobox 1009, Welch, West Virginia 24801

B.    Additional Plaintiff(s) and Address(es): _____

_____

_____

_____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.  Defendant: Veronica Brown, Assistant Megan Ray, Admistater Baily PA Chanda Corothers, Warden Rokawski
    is employed as: Dental Staff, Medical Staff, FCI Mcdowell Warden
    at FCI Mcdowell Federal Prison

D.  Additional defendants: _____

_____

_____

_____

## IV.  Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Late April 2022, Early May 2022. I went to Dental Sick Call And was Ex Rayed And Srcen By Assistant Ray, Told I Have Abbsission Tooth Infection And to watch Call out For medical, I was Given No Medication/Antibiotics, Numeras Weeks Go By I Show up on Call out And Am Told Doctor Brown Rescheduled me, And to watch Call out Agin Still No Antibiotics was Pescribed, My Face Swells So Bad Pob C/o week of B-2 Doorm Calls Medical Service Nemicous times And is ignored. By the End of May 2022 My Balance Hearing goes in Left Ear, I Finaly Go to Pill window And Beg to Be Seen Emergency Were they Asses it Agin And try to Treat it Finaly with Antibiotics, But By then it become So Sevior it busted Septic In My Blood Stream, Throut Gland, And Nasol Passage, See Medical Record

**IV.    Statement of Claim (continued):**

Days Later I Finaly Am Rushed to Welch Emergencey Room, then Rushed to UT Medical Center in kentucky Via Ambalance were, Im hospitalized For 7 Days, I Recieve Vigerous IV Antibiotics, Major Surgery, Near Death, You will hear them Say I No Showed to Call out, OR lies Like I Refuse Treatment At Prison, Per FCI Mcdowell Rules/Policey You must Sign A Refusal Slip or Recieve Disciplanery Write up For No Show, I Have Neither At FCI Mcdowell, Im Conduct Clear This is Pure Neglect, The Medical Staff Are Highley Unproffesional And they must Not Get Away with this / Please Admitt Attachment Typed 2 Pages

**V.    Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Am Requesting $660,000.00 For Pain And Suffering As well As The Medical Staff Be Held Accountable,

V.    **Relief (continued)):**

_____

_____

_____

_____

_____

**VII.    Counsel**

A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes ✓          No _____

If so, state the name(s) and address(es) of each lawyer contacted:

Calwell Luce di Trapano PLLC, Law and Arts Center West
500 Randolph Street Charleston, W. V. 25302

If not, state your reasons:   _____

_____

C.    Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this Ol-bon day of tenth_____, 20 23.

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01-10-2023_____.
              (Date)

_____

Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7