Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

FILED

FEB - 3 2023

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

for the

Southern District of West Virginia

Bluefield Division

Christopher Alan Johnston

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

United States of America

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:23-cv-00053
     *(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Christopher Alan Johnston |
| Street Address | 110 South Bay Street |
| City and County | Eustis, Florida |
| State and Zip Code | FL, 32726 |
| Telephone Number | 352-708-9395 |
| E-mail Address | Christopherjohnston2920@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name | Dental Assistant Megan Roy UNSA
Job or Title *(if known)* | Dental Assistant FCI Mcdowell
Street Address | Po box ~~10~~ 1009
City and County | Mcdowell FCI Mcdowell County Welch, W'
State and Zip Code | W.V., 24801
Telephone Number | N
E-mail Address *(if known)* | N

Defendant No. 2

Name | Dental Doctor Veronica Brown
Job or Title *(if known)* | Dental Doctor UNSA/FCI Mcdowell
Street Address | Po box 1009
City and County | Welch West Virgina Mcdowell County
State and Zip Code | W.V., 24801
Telephone Number | N
E-mail Address *(if known)* | N

Defendant No. 3

Name | Casandra Corathics
Job or Title *(if known)* | PA 1 Medical Service
Street Address | Po box 1009
City and County | Welch, West Virgina Mcdowell County
State and Zip Code | W.V. 24801
Telephone Number | N
E-mail Address *(if known)* | N

Defendant No. 4

Name | Admistrator Baily
Job or Title *(if known)* | Health Admistrator
Street Address | Po box 1009
City and County | Welch, W.V, Mcdowell Canty
State and Zip Code | W.V., 24801
Telephone Number | N
E-mail Address *(if known)* | N

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* Christopher Alan Johnston , is a citizen of the State of *(name)* Chattanooga TN  But Lives in Eustis, FLorida But happened while I was in FCI mcdavell, Fedial Prison Welch, W.V.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* U.S.A / FCI Mcdavell FBOP Dental/Medical Staff , is a citizen of the State of *(name)* Welch, W.V. . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Defendant #1 Assistant Dental Megan Ray / United States of America Employed At FCI Mcdowell Federal Prison Did Knowingly Violate My Cival Right 8th Amendment to Give Adiquate Medical Treatment, Medical Neglect / Put My Health And my Life in Danger

Notice

Christopher Alan Johnston    Civel Action#
1:23-00053

Vs

United States of America

---

Employes of United States America

1) Asistant Megan Ray Dental

2) ~~Dentist~~ Dental Doctor Veronica Brown

3) PA / Medical Staff Cassandra Corrothers

4) Health Administrator Baily

Did Knowingly Violate 8th Adminment Aliguate Medical
Care / Pertection of My Life / Right to Be Treated As A
Human being with Respect / Partiality / Fairness

Statement of Claim

pg 1

Attachment Pg 1, Pg 2, Pg 3

You will See the Medical Deny This, They Say its My Fault But Per FBOP/FCI Mcdovell Policey You will Recieve Disciplinary Infaction or You must Sign A Refusal, Im Disciplinary Free And Never Sign A Refusal, The Proof is in My Medical Files, Please Admit them And All My Proof/Records to Amendment, My Cival Rights Were Violated As well As My Rights to Abiguate Medical Treatment Service, I Lived in Unit B-2, At FCI Mcdovell Im there 24/7, its impossible For Me to Go to medical unless Staff Unlocks the Doors And Im on Callout to Be Seen, This is Medical Neglect, Mallpractice Please Dont Allow them to Get Away with this. My 8th Amendment was Violated

ON April 25th 2022 I went to Dental Sick Call, I was told By Defendant 1, Assistant Megan Ray I Had Abbsesion And To Watch Call out to be Seen, No Antibiotics Prescribed or Given. Weeks Go by And I Show up to Call out for Defendant 2 Doctor Veronica brown to See Me And Defendant 1 Mega Ray Says I Am Rescheduled to keep watching Call out, No med or Antibiotics were Given, 3 weeks Go by or So And I Go for Cronic Care visit And Defendant 3 Cusandra Coriothers See's Me And I Have Bad swelling And Am told Its Not medical Issue, its Dental So still no Meds or Service From Dental are Given, Around 5-20-22 I Ask Pill window + Please Give me Antibiotics And Finaly Receive Some But the infection is to for infected And Dont work, Im finaly taken Serius on the 26 of May 2022 And taken to Welch Emergencey Room where Im Seen then Placed in Ambalance And Rushed to UT Kentuck Medical Center where I Stay for 7 Days Recieve Surgery, iV AntiBitics And Treatments, I Put Administrator Baily As Defendant 4, And Warden As 5, Cause there in Charge Forgive Me If that is wrong, The 2 Copies of Medical Records Are In Original Packet, I Am Diciplinary Free and Signed No Refusal of Treatment At FCI Mcdowell Because They Argue I Did this to my Self, I Am there 24/7 And Beg Numerous times As well As Filed numerous Sick Call Request to Be Seen,

Sincely, Respectfully
MR Christopher Alan Johnston

Relief Saught

Six Hundred Sixty thousand Dollars

I Am Asking $660,000.00. For Pain/Suffering And Harm Done to Me, I was wronged, Not taking Serously And was Neglected to the point of Hospitalized And Near Death, Developed Septic infection Due to Poor Medical Neglective Treatment

Christopher Alan Johnston

Defendant #2 Dental Doctor Veronica Brown / United States Of America Employed At FCI Mcdowell Fedural Prison Did knowingly Violate My Cival Rights 8th Amendment to Give Adquite Medical treatment, Medical Neglect / Put My Health And Life in danger

Notice

Christopher Alan Johnston    Cival Action#
1:23-00053

Vs

United States of America

_____

Employe's of United States America

1) Asistant Megan Ray Dental

2) ~~Dentol~~ Dental Doctor Veronica Brown

3) PA / Medical Staff Cassandra Corrothers

4) Health Administrator Baily

Did Knowingly Violate 8th Adminment Adiquate Medical
Care / Pertection of my Life / Right to Be Treated As A
Human being with Respect / Partiality / Fairness

Statement of Claim

Pg(1)

Attachment Pg1, Pg2, Pg3

You Will See the Medical Deny This, They Say its My Fault But Per FBOP/FCI Mcdowell Policey You Will Recieve Displanary Infraction or You Must Sign A Refusal, Im Deesplanary Free And Never Sign A Refusal, The Proof is in My Medical Files, Please Admit them And All My Proof/Records to Amendment, My Cival Rights Were Vialated As Well As My Rights + Abiguate Medical Treatma Service, I Lived in Unit B-2, At FCI Mcdowell Im there 24/7, its impossible For Me to Go to medical unless Staoff Unlocks the Doors And Im on Callout to Be Seen, This is Medical Neglect, Mallpractice Please Dont Allow them to Get Away with this. My 8th Amendment was Violated

ON April 20th 2022 I went to Dental Sick Call, I was told By Defendant 1, Assistant Megan Ray I Had Abbsesion And To Watch Call out to be Seen, No Antibiotics Prescribed or Given. Weeks Go by And I Show up to Call out for Defendant 2 Doctor Veronica brown to See me And Defendant 1 Megan Ray Says I Am Rescheduled to keep watching Call out, No med or Antibiotics were Given, 3 weeks Go by or So And I Go for Cronic Care visit And Defendant 3 Cusandra Coriothers See's Me And I Have Bad swelling And Am told It's Not medical Issue its Dental So still no Meds or Service From Dental are Given, Around 5-20-2022 I Ask Pill window to Please Give me Antibiotics And Finaly Receive Some But the infection is to far infected And Dont work, I'm finaly taken Serious on the 26 of May 2022 And taken to Welch Emergency Room where I'm Seen then Placed in Ambalance And Rushed to UT Kentucl Medical Center where I Stay for 7 Days Recieve Surgery, IV Antibitics And Treatments, I Put Administrator Baily As Defendant 4, And Warden As 5, Cause there in Charge Forgive Me If that is wrong, The 2 Copies of Medical Records Are In Original Pocket, I Am Disciplinary Free and Signed No Refusal of Treatment At FCI Mcdowell Because They Argue I Did this to my Self, I Am there 24/7 And Beg Numerous times As well As Filed numerous Sick Call Request to Be Seen,

Sincely, Respectfuly
MR Christopher Alan Johnston

Relief Sought      Six Hundred Sixty thousand Dollars      pg 3

I Am Asking $660,000.00. For Pain/suffering And Harm Done to Me, I was wronged, Not taking Serously And was Neglected to the point of Hospitalized And Near Death, Developed Septic infection Due to Poor Medical Neglective Treatment

Christopher Alan Johnston

Defendant #'s Cassandra Corrothers PA/ Medical Servi Employed At FCI mcDowell Federal Prison Did Knowingly Violate My Cival Right 8th Amendment to Give An Adiquite Medical Treatment, Medical Nglect /Put My Health And Life in Danger

Notice

Christopher Alan Johnston

Cival Action #
1:23-00053

Vs

United States of America

---

Employe's of United States America

1) Asistant Megan Ray Dental

2) ~~Dental~~ Dental Doctor Veronica Brown

3) PA / Medical Staff Cassandra Corrothers

4) Health Adminstrator Baily

Did Knowingly Violate 8th Adminment Aliquate Medical Care /Perfection of my Life /Right to Be Treated As A Human being with Respect /Partiality /Fairness

Statement of Claim                                    Pg 1

Attachment Pg 1, Pg 2, Pg 3

You Will See the Medical Deny This, They Say its my Fault But Per FBOP/FCI McDowell Policey You will Recieve Displanary Infaction or You must Sign A Refusal, Im Displanary Free And Never Sign A Refusal, The Proof is in My Medical Files, Please Admit them And All My Proof/Records to Amendment, My Cival Rights Were Vialated As well As My Rights to Adiguate Medical Treatment Service, I Lived in Unit B-2 At FCI McDowell Im there 24/7, its impossible For Me to Go to Medical unless Staff Unlocks the Doors And Im on Callout to Be Seen, This is Medical Neglect, Mallpractice Please Dont Allow them to Get Away with this. My 8th Amendment was Violated

ON April 25th 2022 I went to Dental Sick Call, I was told By Defendant 1, Assistant Megan Ray I Had Abbsesion And To Watch Call out to be Seen, No Antibiotics Presribed or Given. Weeks Go by And I Show up to Call out for Defendant 2 Doctor Velonica brown to See Me And Defendant 1 Megan Ray Says I Am Rescheduled to keep watching Call out, No med or Antibiotics were Given, 3 Weeks Go by or So And I Go for Cronic Care visit And Defendant 3 Cusandra Coriathers See's Me And I Have Bad swelling And Am told It's Not medical Issue its Dental So still no Meds or Service From Dental are Given, Around 5-20-2022 I Ask Pill window to Please Give me Antibiotics And Finaly Receive Some But the infection is to for infected And Dont work, I'M finaly taken Serious on the 26 of May 2022 And taken to Welch Emergencey Room where I'm Seen then Placed in Ambalance And Rushed to UT Kentuck Medical Center where I Stay for 7 Days Recieve Surgery, iV Antibitics And Treatments, I Put Administrator Baily As Defendant 4, And Warden As 5, Cause there in Charge Forgive Me If that is wrong, The 2 Copies of Medical Records Are In Original Pocket, I Am Diciplinary Free and Signed No Refusal of Treatment At FCI Medowell Because They Argue I Did this to my Self, I Am there 24/7 And Beg Numerous times As well As Filed numerous Sick Call Request to Be Seen,

Sincerly, Respectfully
Mr Christopher Alan Johnston

Relief Sought

pg 3

Ↄ Six Hundred Sixty thousand Dollars

I Am Asking $660,000.⁰⁰. For Pain/Suffering And Harm Done to Me, I was wronged, Not taking Serously And was Neglected to the point of Hospitalized And Near Death, Developed Septic infection Due to Poor Medical Neglective Treatment

Christopher Alan Johnston

Defendant #4 Administrator of Health / United States of America Did Knowingly Violate My Civial Right 8th Amendment to Give Adiquate Medical Treatment Medical Neglect / Put My Health And Life in Danger

Notice

Christopher Alan Johnston

Cival Action#
1:23-00053

vs

United States of America

Employe's of United States America

1) Asistant Megan Ray Dental
2) ~~Dentist~~ Dental Doctor Veronica Brown
3) PA / Medical Staff Cassandra Corrothers
4) Health Adminstrator Baily

Did Knowingly Violate 8th Adminment Adiquate Medical Care / Perfection of My Life / Right to Be Treated As A Human being with Respect / Partiality / Fairness

Statement of Claim

Pg 1

Attachment Pg1, Pg2, Pg3

You Will See the Medical Deny This, They Say its My Fault But Per FBOP/FCI Mcdowell Policey You will Recieve Displanary Infaction or You must Sign A Refusal, I'm Dicsplanary Free And Never Sign A Refusal, The Proof is in My Medical Files, Please Admit them And All My Proof/Records to Amendment, My Cival Rights Were Violated As well As My Rights + Abiguate Medical Treatment Service, I Lived in Unit B-2 At FCI Mcdowell I'm there 24/1, its impossible For Me to Go to medical unless Staff Unlocks the Doors And I'm on Call out to Be Seen, This is Medical Neglect, Mallpractice Please Don't Allow them to Get Away with this. My 8th Amendment was Violated

ON April 25th 2022 I went to Dental Sick Call, I was told By Defendant 1, Assistant Megan Ray I Had Abbsesion And To Watch Call out to be Seen, No Antibiutics Prescibed or Given. Weeks Go by And I Show up to Call out for Defendant 2 Doctor Veronica brown to See me And Defendant 1 Megan Ray Says I Am Reschduld to keep watching Call out, No med or Antibiutics were Given, 3 Weeks Go by or So And I Go for Cronic Care Visit And Defendant 3 Cusandra Corruthers See's Me And I Have Bad swelling And Am told It's Not medan Issue, its Dental So still no Meds or Service From Dental are Given, Around 5-20-22 I Ask Pill window & Please Give me Antibiutics And Finaly Receive Some But the infection is to for nfected And Dont work, I'm finaly taken Serious on the 26 of May 2022 And taken to Welch Emergencey Room where I'm Seen then Placed in Ambalance And Rushd to UT Kentuc Medical Center where I Stay for 7 Days Recieve Surgery, iV Antibutics And Treatments, I Put Administrator Baily As Defendant 4, And Warden As 5, Cause there in Charge Forgive Me If that is wrong, The 2 Copies of Medical Records Are In Original Packet, I Am Disciplanary Free and Signed No Refusal of Treatment At FCI Mcdowell Because They Argue I Did this to My Self, I Am there 24/7 And Beg Numerous times As well As Filed numerous Sick Call Request to Be Seen,

Sincerly, Respectfully
MR Christopher Alan Johnston

Relief Sought    ($ Six Hundred Sixty thousand Dollars)    pg 3

I Am Asking $660,000.00. For Pain/Suffering And Harm Done to Me, I was wronged, Not taking Serously And was Neglected to the point of Hospitalized And Near Death, Developed Septic infection Due to Poor Medical Neglective Treatment

Christopher Alan Johnston

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.       If the defendant is a corporation                 FBOP-FCI McDowell

The defendant, *(name)* United States of America , is incorporated under

the laws of the State of *(name)* Welch, W.V , and has its

principal place of business in the State of *(name)* Welch, W.V .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$660,000.00

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attachment's of Statement of Claim /Civil Rights As Well As Physical Adequate Medical Treatment Treated As A Human Being, Partiality, Fairness, Respect I Have A Right to Be Protected From Cruel And Unusual 8th Amendment

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. $660,000.00. Pain/Suffering As Well As Anguish/Harm Done to me From Medical Neglect

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

_The Medical Records/Exaustation All Remedies, in 1st Packet_

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    01-30-23

Signature of Plaintiff

Printed Name of Plaintiff    Christopher A. Johnston

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Page 5 of 5